AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

'11 OCT 28 P1:14

FILED
US DISTRICT COURT
WESTN DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 5:11MJ-340-K |
| | ) |
| JULIO A. ALFARO | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, states the following is true to the best of my knowledge and belief, that while in Christian County, Kentucky, which is in the Western District of Kentucky, Julio A. Alfaro:

1. On or about and between February 1, 2011 and October 23, 2011, engaged in a sexual act, as defined in 18 U.S.C. § 2246(2)(D), in the territorial jurisdiction of the United States (that is, Fort Campbell Military Base), with S.C.E., a person who has not attained the age of 12 years, in violation of 18 U.S.C. § 2241(c); and

2. On or about October 23, 2011, engaged in abusive sexual contact, as defined in 18 U.S.C. § 2246(3), in the territorial jurisdiction of the United States (that is, Fort Campbell Military Base), with C.N.P., a person who has not attained the age of 12 years, in violation of 18 U.S.C. § 2244(a).

This criminal complaint is based on these facts:

XX☐  Continued on the attached sheet: Affidavit In Support Of A Criminal Complaint.

_____
Complainant's signature

Donald A. Wood  SA/FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: October 28, 2011

_____
Judge's Signature

City and State: Paducah, Kentucky

W. David King, U.S.M.J.
_____
Printed Name and Title

DS (AUSA initials)