WESTERN DISTRICT OF KENTUCKY
UNITED STATES DISTRICT COURT
AT PADUCAH

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                           CRIMINAL ACTION NO.: 5:11-CR-49-R
                                                    Electronically Filed

JULIO A. ALFARO a/k/a
JULIO ALFARO-SERRANO
                                                                                                     DEFENDANT

## MOTION TO ISSUE SUMMONS

On November 22, 2011, an Indictment was returned against the defendant, and an arrest warrant was issued. However, the defendant was already in federal custody from prior proceedings, and undersigned counsel understands that a summons should have been issued for his appearance at his arraignment.

The United States, by counsel, moves the Court for an Order authorizing the issuance of a summons, c/o defense counsel, for the appearance of the defendant at his arraignment on the subject Indictment on Wednesday, December 14, 2011, at 1:30 p.m., central time, in Paducah.

                Respectfully submitted,

                DAVID J. HALE
                United States Attorney

                s/David Sparks
                David Sparks
                Assistant United States Attorney
                Federal Building, Room 29
                501 Broadway
                Paducah, KY 42001
                270-442-7104
                270-444-6794 (FAX)

**CERTIFICATE OF SERVICE**

      On November 25, 2011, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant, Julio A. Alfaro, a/k/a Julio Alfaro-Serrano, **Patrick J. Bouldin**, Assistant Federal Defender, 629 South Fourth Avenue, Ste. 200, Louisville, KY 40202.

                                         s/David Sparks
                                          David Sparks